# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MEGHAN BUDAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:20-cv-00034 |
| | ) |
| SPINEOLOGY, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## DEFENDANT SPINEOLOGY, INC.'S
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant Spineology Inc., in accordance with Rule 7.1 of the Federal Rules of Civil Procedure, states as follows:

Spineology, Inc. has no parent corporation, and no publicly held corporation owns ten percent or more of its stock.

Respectfully submitted,
**BOWMAN AND BROOKE LLP**

BY: /s/Matthew G. Berard
MATTHEW G. BERARD (ARDC# 6312341)
41000 Woodward Ave., Suite 200 East
Bloomfield Hills, MI 48304-3152
(248) 205-3348 ph / (248) 205-3399 fax
matthew.berard@bowmanandbrooke.com

and

COREY T. HICKMAN (ARDC# 6317871)
123 North Wacker Dr., Suite 1800
Chicago, IL 60606
(312) 474-4473 ph / (312) 878-2004
chickman@cozen.com

*Attorneys for Defendant Spineology, Inc.*

## CERTIFICATE OF SERVICE

I certify that on January 3, 2020, a true and correct copy of the foregoing was served by U.S. mail and e-mail, as well as filed using the Court's ECF system on the following counsel:

Raymond M. Rudnick (#59744)
Kelleher & Buckley, LLC
102 S. Wynstone Park Drive
North Barrington, IL 60010
rrudnick@kelleherbuckley.com

**BOWMAN AND BROOKE LLP**

BY: /s/Matthew G. Berard
MATTHEW G. BERARD (ARDC# 6312341)
Attorneys for Defendant Spineology, Inc.
41000 Woodward Ave., Suite 200 East
Bloomfield Hills, MI 48304-3152
(248) 205-3348 ph / (248) 205-3399 fax
matthew.berard@bowmanandbrooke.com