IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MEGHAN BUDAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:20-cv-00034 |
| | ) | Honorable John J. Tharp Jr. |
| SPINEOLOGY, INC., | ) | Magistrate Judge Heather K. McShain |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT STATUS REPORT**

In accordance with the Third Amended General Order 20-0012, the parties jointly submit the following status report:

**A. The Progress of Discovery**

The parties have exchanged initial mandatory discovery responses. This case was set for an initial status conference with Magistrate Judge Schenkier on April 1, 2020; however, due to COVID-19 and the Court's First General Order 20-0012, the conference was stricken. The parties understand that pursuant to General Order 20-0019, this case has since been transferred to Magistrate Judge Heather McShain.

**B. The Status of Briefing on Any Unresolved Motions**

There are no unresolved motions currently pending.

**C. Settlement Efforts**

Plaintiff provided an initial settlement demand; however, the parties agree additional discovery is needed prior to any meaningful settlement discussion.

**D. Proposed Schedule for the Next 45 Days**

At the Court's convenience, the parties would like to be set for an initial status conference. The parties will conduct a Rule 26(f) planning conference within the next 45 days and submit a planning report on or before June 8, 2020.

**E. Revised Discovery and Dispositive Motion Schedule, If Needed**

Not applicable.

**F. Any Agreed Action that the Court can take without a Hearing**

Not applicable.

**G. Whether a Telephonic Hearing is Necessary and Time Urgent**

At the Court's convenience, the parties would like to be set for an initial status conference.

Date: May 13, 2020                                  Respectfully submitted,

                                                 _/s/ Raymond M. Rudnick_
Raymond M. Rudnick
Kelleher & Buckley, LLC
102 S. Wynstone Park Drive
North Barrington, IL 60010
rrudnick@kelleherbuckley.com

**Attorney for Plaintiff Meghan Buday**

                          _/s/ Rachelle V. Anderson_
Rachelle V. Anderson
Bowman and Brooke LLP
150 South Fifth Street, Suite 3000
Minneapolis, Minnesota 55402
P: (612) 339-8682
rachelle.anderson@bowmanandbrooke.com

Anne C. Couyoumjian
Hinshaw & Culbertson LLP
151 N. Franklin Street, Suite 2500
Chicago, Illinois 60606
P: (312) 704-3000
acouyoumjian@hinshawlaw.com

**Attorneys for Defendant Spineology, Inc.**

3